UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ILONA TIZEDES,

                         Plaintiff,

v.                                                                    **ORDER**

WILLIAM M. KELLEY,                                    18-cv-04553 (PMH)

                         Defendant.
---------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      This matter has recently been reassigned to me.  Due to a further conference scheduled

before Magistrate Judge Smith and to allow the parties to continue engaging in discovery, the case

management conference previously scheduled for April 24, 2020 is hereby cancelled.

**SO ORDERED:**

Dated: New York, New York
       April 16, 2020

_____
     Philip M. Halpern
     United States District Judge