UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
Tizedes,

                Plaintiff,                **SCHEDULING ORDER**

      -against-                18 Civ. 4553 (PMH)(AEK)

Kelley,

                Defendant.
---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      This matter has been reassigned to Magistrate Judge Andrew E. Krause for general pretrial supervision. A telephonic status conference before Magistrate Judge Krause is hereby scheduled for **Friday, December 11, 2020, at 2:00 p.m.**

      To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest. Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated:  November 20, 2020
         White Plains, New York

                                                        **SO ORDERED.**

                                                        _____
                                                        ANDREW E. KRAUSE
                                                        United States Magistrate Judge